

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re N.N. and K.N.,                    * Original Mandamus Proceeding

No. 11-25-00314-CV                      * December 4, 2025

                                        * Memorandum Opinion by Williams, J.
                                          (Panel consists of: Bailey, C.J.,
                                          Trotter, J., and Williams, J.)

This court has considered Relators' petition for writ of mandamus and concludes that the petition for writ of mandamus should be denied. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is denied.